UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOCAL UNION 357 UNITED
ASSOCIATION OF JOURNEYMEN
PLUMBERS AND JOURNEYMEN
STEAMFITTERS AND PIPEFITTERS
PENSION PLAN, ET AL.,

      Plaintiffs,

v.

R&R HEATING & REFRIGERATION
SERVICES COMPANY,

      Defendant.
_____/

Case No. 1:09-cv-1055

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having sent to counsel for plaintiff a notice of impending dismissal for failure to serve, and the Court having received no response;

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED without prejudice**.

IT IS SO ORDERED.

Dated: March 25, 2010                      /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      Chief United States District Judge